| Approved, SCAO | Original - Court<br>1st copy - Plaintiff | 2nd copy - Defendant<br>3rd copy - Garnishee |
|---|---|---|
| **STATE OF MICHIGAN**<br>Bankruptcy **JUDICIAL DISTRICT**<br>**JUDICIAL CIRCUIT** | **FINAL STATEMENT ON GARNISHMENT OF PERIODIC PAYMENTS** | **CASE NO.**<br>14-55082/14-05277 |

**Court address**: 211 W. fort St Detroit Mi 48226  **Court telephone no.**

| Plaintiff's name and address (judgment creditor)<br>Credit Union One | v | Defendant's name and address (judgment debtor)<br>Oliver White<br>1031 N. Oakland Blvd.<br>Waterford Mi 48327 |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no.<br>The Leduc Group<br>Christpher Frank<br>6 Parklane Blvd. Ste. 665<br>Dearborn Mi 48126 | | Garnishee's name and address<br>Art Van Furniture<br>6500 14 Mile<br>Warren Mi 48092 |

**When to complete and file this form:**

Within 14 days after the writ ceases to be effective under MCR 3.101(B)(1) or after the garnishee is no longer obligated to make periodic payments, the garnishee shall file with the court and mail or deliver to the plaintiff and the defendant a final statement of the total amount paid on the writ. If the garnishee is the defendant's employer, the statement is to be filed within 14 days after the writ ceases to be effective, regardless of changes in employment status during the time that the writ was in effect.

1. The total amount withheld under this writ is $ 4693.66  Term 3-6-19.

3-22-19
Date of statement

_Art Van /S Harris_
Garnishee/Agent/Attorney signature

**CERTIFICATE OF MAILING**

I certify that on:

3-22-19 — I mailed or personally delivered a copy of this final statement with the court.
Date

3-22-19 — I mailed or personally delivered a copy of this final statement to the plaintiff/attorney.
Date

3-22-19 — I mailed or personally delivered a copy of this final statement to the defendant.
Date

3-22-19
Date

_Art Van /C Harris_
Garnishee/Agent/Attorney signature

MC 48 (4/18) FINAL STATEMENT ON GARNISHMENT OF PERIODIC PAYMENTS   15 USC 1672, 15 USC 1673, MCR 3.101(J)(6)